Gerald Hayes
VS.
STATE of Texas

COA 01-09 00437
PD 1547-14

Court of Criminal Appeal
Clerk of Court:

It's Apparant from the documents recently Reviewed And Recieved from TDCJ Ellis unit mailroom And access TO Courts, that your office And personel are in direct violation pursuant TRAP 9.2(2)e proof of mailing, Service And Required use of U.S. Postal And Civil Rule 21(a)(3) "when complete "Postpaid" or commerical service.

Your office has systemically prevented due process And caused harm And prejudice to Appellants by the use of "Truckmail" or Inter-office mailing procedures that do Not Require U.S. postal mark/payments And can not be properly And timely delivered. The delay is delivery in this mailing process has caused me harm And time-bar due to the (10-25) day delay from your office to Ellis unit,

The pending issues involve a PDR And motion for time extension for Rehearing denied on 6-10-2015, both denials were mailed "truckmail" recieved (12-16) days After order issued by court. The delay was your fault And error.

Consider this an objection And Notice to the clerk's office And the Court of Criminal Appeal for creating this prejudical error.

FILED IN
COURT OF CRIMINAL APPEALS

SEP 11 2015

Abel Acosta, Clerk

Gerald Hayes
7-10-2015

Resubmitted 9-1 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 11 2015

Abel Acosta, Clerk